1038

[No. 46318-1-II. Division Two. August 18, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CHERYL STRONG, *Appellant*.

by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Bjorgen, J.

[No. 46321-1-II. Division Two. August 18, 2015.]

DEBORAH DESPAIN, *Respondent*, v. DUANE LUND, *Appellant*.

by unpublished opinion per Maxa, J., concurred in by Lee and Sutton, JJ.

[No. 46496-9-II. Division Two. August 18, 2015.]

*In the Matter of the Personal Restraint of* NATHEN R. WRIGHT, *Petitioner*.

by unpublished opinions per Johanson, C.J., concurred in by Bjorgen and Melnick, JJ.

[Nos. 32664-1-III; 32674-8-III. Division Three. August 18, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER REMINGTON, *Appellant*.

by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Brown, J.